**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00151-CV

### G.C. BUILDINGS, INC., Appellant

### V.

### RGS CONTRACTORS, INC., Appellee

On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 03-04559-J

## ORDER

This appeal was abated on October 3, 2013 to allow the trial court an opportunity to conduct a hearing to determine whether a portion of the reporter's record has been lost or destroyed and file findings of fact and conclusions of law. Because the hearing has been held and a supplemental clerk's record containing the requested findings and conclusions has now been filed, we **REINSTATE** the appeal and **ORDER** appellant to file any amended or supplemental brief by January 20, 2014. Appellee shall file any amended or supplemental responsive brief within thirty days of the filing of appellant's brief.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE